## Commonwealth *v.* Bullock, Appellant.

Before CARSON, JR., J., without a jury.

Argued September 11, 1974. *Donald M. Moser,* with him *Peruto, Ryan & Vitullo,* for appellant; *Bonnie Brigance Leadbetter,* Assistant District Attorney, with her *Steven H. Goldblatt,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F.*

*Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.